605 F.2d 943
 Charles W. WRIGHT, Jr., et al., Plaintiffs-Appellants,
v.
ALABAMA ARMY NATIONAL GUARD, a public agency, et al.,
Defendants-Appellees.
 No. 77-2682.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 1, 1979.
 
 Appeal from the United States District Court for the Middle District of Alabama; Robert E. Varner, Chief Judge.
 Frank W. Riggs, Montgomery, Ala., for plaintiffs-appellants.
 Barry E. Teague, U. S. Atty., Kenneth E. Vines, Asst. U. S. Atty., Montgomery, Ala., for defendants-appellees.
 Before AINSWORTH, VANCE and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the Order of District Judge R. E. Varner dated July 7, 1977, reported at 437 F.Supp. 54 (D.C.).
 
 
 2
 AFFIRMED.